PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE THOMAS, | ) | |
| | ) | CASE NO.  1:13CV2166 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Jacqueline Thomas' applications

for Disability Insurance Benefits and Supplemental Security Income after a hearing in the

above-captioned case.  That decision became the final determination of the Commissioner of

Social Security when the Appeals Council denied the request to review the ALJ's decision.  The

claimant sought judicial review of the Commissioner's decision, and this Court referred the case

to Magistrate Judge James R. Knepp II for preparation of a report and recommendation pursuant

to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a Report and

Recommendation (ECF No. 17) recommending that the decision of the Commissioner be

affirmed as supported by substantial evidence.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within 14 days after service.  Neither party has filed objections, evidencing satisfaction

with the Magistrate Judge's recommendations.  Any further review by this Court would be a

(1:13CV2166)

duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813

(6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*,

932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted.

The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in

favor of Defendant.


IT IS SO ORDERED.


 November 24, 2014                          /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge